JUSTICE TRIEWEILER
concurs.
¶23 Based on the arguments presented by the parties, I concur with the majority Opinion. However, in doing so, I do not express any opinion about the adequacy of the procedural due process provided for in the Montana Environmental Policy Act for challenging decisions made by the Department of Environmental Quality. Furthermore, I assume that because there was no time limit within which to commence a direct action pursuant to § 75-1-201(3), MCA (1999), that a direct action in district court can still be filed by Pompeys Pillar Historical Association challenging the adequacy of the environmental assessment prepared by the DEQ and that the merits of the Association’s claims, as well as the adequacy of the due process afforded, can ultimately be resolved in that manner.
¶24 For these reasons, I concur with the majority Opinion.